# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JUAN VEGA, :

:

    Petitioner,                        CIVIL ACTION NO. 3:17-1440

:

    v.                                       **(MANNION, D.J.)**

:          **(MELHALCHICK, M.J.)**

CLAIR DOLL, Warden,

:

    Respondent

## ORDER

For reasons stated in the court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

(1) The report and recommendation of Judge Mehalchick, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

(2) The petitioner's habeas petition, **(Doc. 1)**, is **GRANTED IN PART** to the extent that it seeks an individualized bond hearing;

(3) The respondent's objections to Judge Mehalchick's report, **(Doc. 21)**, are **OVERRULED**;

(4) An individualized bond hearing shall be conducted by an Immigration Judge **within twenty-one (21) days** of the date of this Order at which the Immigration Judge shall make an individualized finding, and the government shall bear the burden of demonstrating, that the petitioner's continued detention is still necessary to fulfill the purposes of the detention statute; and

(5) The Clerk of Court is directed to close this case.

                                                   s/ *Malachy E. Mannion*
                                                    **MALACHY E. MANNION**
                                                    **United States District Judge**

**Dated: August 8, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1440-01-ORDER.wpd